UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAULIO ROMAN SALGADO,<br>    Petitioner,<br>v.<br>WILLIAM P. BARR, et al.,<br>    Respondents. | Case No. 19-cv-07500-VKD<br><br>**ORDER TO SHOW CAUSE**<br><br>**IMMIGRATION HABEAS PETITION**<br>Re: Dkt. No. 1 |

Petitioner Braulio Roman Salgado, a detainee in immigration custody, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and § 2243, challenging his detention at the Yuba County Jail in Marysville, California. According to his petition, in September 2019 Mr. Roman Salgado was granted relief from removal by an immigration judge. Dkt. No. 1. The Department of Homeland Security has appealed that decision, and the appeal is pending. *Id*. Meanwhile, Mr. Roman Salgado says he has remained in detention for over seven months, and his motion for a new bond hearing was denied. *Id*. The petition asserts three claims for relief on the grounds that Mr. Roman Salgado's detention and separation from his family, without a new bond hearing, violates the Due Process Clause of the Fifth Amendment, as well as a claimed statutory/regulatory right to a bond hearing under 8 U.S.C. § 1226(a) and 8 C.F.R. § 1003.19(e). *Id*.

These claims, when liberally construed, are cognizable and potentially meritorious. Good cause appearing, respondents are ordered to show cause why the petition should not be granted.

To expedite the resolution of this case, the Court further orders as follows:

1. The Clerk shall serve Respondents, the Attorney General of the United States, and the

Attorney General for the Northern District of California with a copy of this Order to Show Cause, as well as the Verified Petition for Writ of Habeas Corpus and all attachments (Dkt. No. 1). Inasmuch as the docket indicates that Mr. Roman Salgado has undertaken efforts at service (Dkt. No. 6), he is also directed to serve a copy of this order on respondents and to file a proof of service with the Court.

2. The parties are reminded that this matter has been randomly assigned to the undersigned magistrate judge for all purposes. By **December 2, 2019** all parties who have not yet done so shall file either a consent or declination to proceed before a magistrate judge. The consent/declination form is available on the Northern District of California's website, https://cand.uscourts.gov/filelibrary/1335/MJ_Consent-Declination_Form_Jan2014.pdf. Parties are free to withhold consent without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).

3. By **December 2, 2019**, respondents shall file with the Court and serve on petitioner a return showing cause why a writ of habeas corpus should not be granted.

4. If Mr. Roman Salgado wishes to respond to the return, he shall do so by filing a traverse with the Court and serving it on respondents no later than **December 5, 2019**.

5. Unless otherwise ordered, the Court sets a hearing on the matter for **December 10, 2019, 10:00 a.m.**, Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California.

**IT IS SO ORDERED.**

Dated: November 20, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge